**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01012-CV

### IN RE REGINALD NOBLE, Relator

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus.  We **ORDER** relator to bear the costs of this original proceeding.

/s/ MICHAEL J. O'NEILL
JUSTICE